John W. Shaw, Esq.  SBN:  82802
jshaw@mpplaw.com
Litsa Georgantopoulos, Esq.  SBN:  238288
lgeorge@mpplaw.com
**MORRIS POLICH & PURDY LLP**
1055 West Seventh Street, 24th Floor
Los Angeles, California 90017
Telephone:  (213) 891-9100
Facsimile:   (213) 488-1178

JS-6

Attorneys for Defendants,
HOMEDICS, LLC

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| INTERINSURANCE EXCHANGE OF THE AUTOMOBILE CLUB,<br><br>Plaintiff,<br><br>vs.<br><br>HOMEDICS, LLC, and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 8:14-cv-01345-AG-DFM<br><br>Complaint Filed: April 16, 2014<br><br>**JUDGMENT GRANTING DEFENDANT HoMEDICS, LLC'S MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing:      January 25, 2016<br>Courtroom:  10D<br>Time:          10:00 a.m.<br><br>Trial:           March 8, 2016 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendant HoMedics, LLC's Motion for Summary Judgment came for regular hearing on 25 January 2016, in Courtroom 10D of the above-entitled Court.  The Court, having read and considered all papers filed in support of and in opposition to the Motion, and having heard oral argument, hereby ORDERS, ADJUDGES AND DECREES AS FOLLOWS:

IT IS HEREBY ORDERED that Defendant HoMedics, LLC's Motion for Summary Judgment is <u>GRANTED</u> and that judgment shall be entered forthwith in

1  favor of HoMedics, LLC in this action and against Plaintiff Interinsurance
2  Exchange of the Automobile Club.
3
4  Dated: January 25, 2016            _____
5                                      United States District Judge
                                       Andrew J Guilford
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28